**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion to Relate Cases has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 12-0403 MMC**     Citibank, N.A. v. Martinez
**C 12-2994 MMC**     Citibank, N.A. v. Martinez
**C 12-4540 DMR**     Citibank, N.A. v. Martinez

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed cases, I find that the cases:

[   ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

Counsel are instructed that all future filings in the reassigned case is to bear the initials **MMC** immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED**: September 7, 2012

MAXINE M. CHESNEY
United States District Judge